```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/3/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
STACEY MERCER,                                                     :
                                                                   :
                                                     Plaintiff,:        1:20-cv-10149-GHW
                                                                   :
                            -v -                                  :        ORDER
                                                                   :
8660 W IRLO BRONSON, LLC,                                         :
                                                                   :
                                                    Defendant.:
                                                                   :
-------------------------------------------------------------------:
                                                                   X


GREGORY H. WOODS, United States District Judge:

On February 27, 2021, the Court issued an order conditionally discontinuing this action.

Pursuant to the terms of that order, the plaintiff was provided the option to apply for restoration of

the action to the active calendar of the Court by the date that was 21 days following the issuance of

the order.  By letter dated March 19, 2021, Dkt. No. 18, the Court issued an order extending by 14

days the deadline for the plaintiff to apply for restoration of the case to the Court's active calendar,

or, alternatively, for the parties to submit a stipulation of settlement and dismissal.  In accordance

with the terms of that order, if the plaintiff failed to apply for restoration of the case by that date,

the case would be automatically dismissed with prejudice.

By letter dated April 3, 2021, Dkt. No. 19, Plaintiff has requested that the Court extend by

10 days the deadline for the plaintiff to apply for restoration of the case to the Court's active

calendar, or, alternatively, for the parties to submit a stipulation of settlement and dismissal.[1]  That

---

[1] As explained in Rule 4(D) of the Court's Individual Rules of Practice in Civil Cases, the Court will not retain jurisdiction to enforce confidential settlement agreements.  If the parties wish that the Court retain jurisdiction to enforce the agreement, the parties must place the terms of their settlement agreement on the public record.

application is GRANTED.  Accordingly, the deadline for the plaintiff to apply for restoration of the

case to the Court's active calendar, or, alternatively, for the parties to submit a stipulation of

settlement and dismissal, is extended to April 12, 2021.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 19.

SO ORDERED.

Dated:  April 3, 2021
        New York, New York

_____
GREGORY H. WOODS
United States District Judge